UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20239-CIV-SCOLA/OTAZO-REYES

DANA HASTINGS, Individually and as
Parent and Natural Guardian of RAMSEY
HASTINGS and TREY HASTINGS (minors),

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, DANA HASTINGS, Individually and as Parent and Natural Guardian of RAMSEY HASTINGS and TREY HASTINGS, by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between the Plaintiff and Defendant have been settled. The parties request this Court retain jurisdiction to enforce the terms of settlement, and will submit a Joint Stipulation for Dismissal upon effectuation of the terms of the settlement.

    Respectfully submitted,

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    One Biscayne Tower, Suite 1776
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

By: */s/ Jason R. Margulies*
    **JASON R. MARGULIES**
    Florida Bar No. 57916
    **JACQUELINE GARCELL**
    Florida Bar No. 104358

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jason R. Margulies*
**JASON R. MARGULIES**

## SERVICE LIST
*Hastings v. Carnival Corp.*
**Case No. 15-20239-CIV-Scola/Otazo-Reyes**

| | |
|---|---|
| **Jason R. Margulies, Esq.** | **Curtis J. Mase, Esq.** |
| jmargulies@lipcon.com | cmase@maselara.com |
| **Jacqueline Garcell, Esq.** | **Christine M. Dimitriou, Esq.** |
| jgarcell@lipcon.com | cdimitriou@maselara.com |
| LIPCON, MARGULIES, | MASE LARA, P.A. |
| ALSINA & WINKLEMAN, P.A. | 2601 South Bayshore Drive, Suite 800 |
| One Biscayne Tower, Suite 1776 | Miami, Florida 33133 |
| 2 South Biscayne Boulevard | Telephone: (305) 377-3770 |
| Miami, Florida 33131 | Facsimile: (305) 377-0080 |
| Telephone: (305) 373-3016 | *Attorneys for Defendant, Carnival* |
| Facsimile: (305) 373-6204 | |
| *Attorneys for Plaintiff* | |