UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20239-CIV-SCOLA/OTAZO-REYES

DANA HASTINGS, Individually and as
Parent and Natural Guardian of RAMSEY
HASTINGS and TREY HASTINGS (minors),

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Parties' Joint Stipulation for Final Order of Dismissal, filed on November 30, 2015. This Court, having reviewed the Joint Stipulation for Final Order of Dismissal and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled cause is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

2. The Court retains jurisdiction for a period of 90 days to enforce the settlement agreement and/or to determine outstanding liens.

**DONE AND ORDERED** in chambers, in Miami, Florida, on this ___ day of _____, 2015.

                                                  **Honorable Robert N. Scola, Jr.**
                                                **United States District Judge**

Copies furnished to:
    Counsel of record